# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **Brent Baccus, Brian Keith Baccus, Donnie Heater, and all others similarly situated under 29 U.S.C. § 216(b),**<br><br>Plaintiffs;<br><br>v.<br><br>**QES Wireline, LLC, d/b/a Quintana Energy Services LP, d/b/a Archer Pressure Services, f/k/a Archer Wireline LLC**<br><br>Defendant. | Civil Action No. 4:16-CV-2396<br><br><br><br><br><br>**Joint Motion to Stay** |

  Plaintiffs Brent Baccus, Brian Keith Baccus, and Donnie Heater, and the opt-in plaintiffs, and Defendant QES Wireline LLC ("Defendant," misnamed by Plaintiff as QES Wireline, LLC) jointly move to stay this action. This is a putative collective action filed under the Fair Labor Standards Act.

  The Parties met to attempt to resolve this dispute and continue to exchange information. During these discussions, the Court has granted joint motions to extend deadlines and to stay the action (Doc. 37, 39, 40, 42). To allow these discussions to continue, the Parties jointly request that the Court order this action stayed (and all pending deadlines stayed) to allow continued discussions until either Party informs that the Court that the stay should be lifted.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Jack Siegel* | */s/ Michael J. Muskat* |
| Jack Siegel | Michael J. Muskat |
| Co-Attorney in Charge | Texas Bar No. 24002668 |
| Texas Bar No. 24070621 | S.D. Tex. Bar No. 22816 |
| Email: jack@siegellawgroup.biz | Email: MMuskat@mmdmlaw.com |
| **SIEGEL LAW GROUP, PLLC** | Gabrielle S. Moses |
| 2820 McKinnon, Suite 5009 | Texas Bar No. 24063878 |
| Dallas, Texas 75201 | S.D. Tex. Bar No. 1068217 |
| Telephone: (214) 749-1400 | Email: GMoses@mmdmlaw.com |
| J. Derek Braziel | Daniel N. Lenhoff |
| Co-Attorney in Charge | Texas Bar No. 24078846 |
| Texas Bar No. 00793380 | S.D. Tex. Bar No. 2590972 |
| jdbraziel@l-b-law.com | Email: DLenhoff@mmdmlaw.com |
| J. Forester | R. John Grubb II |
| Texas Bar No. 24087532 | Texas Bar No. 24101834 |
| forester@l-b-law.com | S.D. Tex. Bar No. 3070409 |
| **LEE & BRAZIEL, L.L.P.** | Email: JGrubb@mmdmlaw.com |
| 1801 N. Lamar Street, Suite 325 | **MUSKAT, MAHONY, DEVINE & MOSES, LLP** |
| Dallas, Texas 75202 | 1201 Louisiana Street, Suite 850 |
| Telephone: (214) 749-1400 | Houston, Texas 77002 |
| Fax: (214) 749-1010 | Telephone: (713) 987-7850 |
| | Facsimile: (713) 987-7854 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT QES WIRELINE LLC** |

## CERTIFICATE OF SERVICE

This is to certify that on September 15, 2017, a true and correct copy of the foregoing document has been served on Plaintiffs' counsel of record via the Electronic Case Filing system.

/s/ Michael J. Muskat
**ATTORNEY FOR DEFENDANT**