IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 25, 2019
David J. Bradley, Clerk

| | |
|---|---|
| JUSTIN NORMAN, et al.,[1] § | |
| § | |
| Plaintiffs. § | |
| § | |
| v. § | CIVIL ACTION NO. 4:16-cv-02396 |
| § | |
| QES WIRELINE, LLC, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 138) dated June 6, 2019,[2] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** this 24th day of June, 2019, in Houston, Texas.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The case has been alternatively styled as <u>Jeffrey Meador v. QES Wireline,</u> as Meador is a consolidated plaintiff.

[2] The parties filed no objections to the Memorandum and Recommendation.