United States District Court
Southern District of Texas
**ENTERED**
September 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN NORMAN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2396 |
| | § | |
| QES WIRELINE, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM, RECOMMENDATION, AND ORDER

Having reviewed <u>de novo</u> the Magistrate Judge's Memorandum, Recommendation, and Order (Docket Entry No. 152) dated August 30, 2019; Plaintiffs' Objections to Magistrate Judge's Memorandum, Recommendation Granting Defendant's Motion for Summary Judgment (Docket Entry No. 153); and Defendant's Response to Plaintiffs' Objections to Magistrate Judge' Memorandum, Recommendation, and Order (Docket Entry No. 154), the court concludes that the Memorandum, Recommendation, and Order should be adopted by the court. It is, therefore, **ORDERED** that the Memorandum, Recommendation, and Order is hereby **ADOPTED** by the court.

**SIGNED** this 25th day of September, 2019, in Houston, Texas.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE